```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MODERN INDUSTRIES INC.,                                              :
:
               Plaintiff,                              :
:       20-cv-6920 (LJL)
     -v-                                                          :
:       ORDER
DUCE CONSTRUCTION CORPORATION, et al.,                               :
:
               Defendants.                             :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

     SO ORDERED.

Dated: October 1, 2021
       New York, New York                              _____
                                                            LEWIS J. LIMAN
                                                    United States District Judge